IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT PRICE, ) | |
|    Plaintiff, ) | Case No. 7:23-cv-00019 |
| ) | |
| v. ) | |
| ) | By: Michael F. Urbanski |
| KEYSER, ) | Chief United States District Judge |
|    Defendant. ) | |

## DISMISSAL ORDER

Plaintiff Robert Price, an inmate proceeding pro se, filed this civil action under 42 U.S.C. § 1983. On May 4, 2023, the Clerk mailed a copy of an order to Price at his address of record at the Albemarle-Charlottesville Regional Jail. ECF No. 16. The order was returned as undeliverable on May 15, 2023, with a stamped notation indicating that Price is no longer incarcerated at the correctional facility. ECF No. 17.

Price was advised in a prior order that he must notify the court in writing immediately upon his transfer or release and provide a new address. ECF No. 3. He also was warned that his "failure to notify the court of such a change of address will result in dismissal of this case." Id. at 3. Because of Price's failure to keep the court advised of his address, the court has no means of contacting him. It is therefore **ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to **STRIKE** the case from the court's active docket.

Price is advised that he may petition to reopen this case by filing a motion to reopen not later than thirty days after entry of this order. In that motion, he must provide specific

reasons why he failed to keep the Clerk updated as to his address. Alternatively, he may file a new complaint in this court, subject to the applicable statute of limitations.

The Clerk shall send a copy of this order to Price at his last known address.

It is so **ORDERED**.

Entered: May 23, 2023

Michael F. Urbanski
Chief United States District Judge